PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

ANTONIO FREEMAN #01512080.
**Plaintiff's Name and ID Number**

ROBERTSON UNIT 12071 F.M. 3522 ABILENE, TX.
**Place of Confinement**

CASE NO. 1:22-cv-00100
(Clerk will assign the number)

v.

TDCJ-DIRECTOR-CID. P.O. Box 99 Huntsville, TX.
**Defendant's Name and Address**

LINCOLN HERITAGE INSURANCE COMPANY. 4343 EAST CAMELBACK ROAD, SUITE 400. PHOENIX, AZ.
**Defendant's Name and Address**

TDCJ-DIRECTOR Committee P.O. Box 99 Huntsville, TX.
**Defendant's Name and Address**
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: NOVEMBER 30, 2016
   2. Parties to previous lawsuit:
      Plaintiff(s) ANTONIO FREEMAN #01513080.
      Defendant(s) TDCJ-DIRECTOR-CID. ROBERTSON UNIT ADMINISTRATION. GREGG COUNTY JUDGES.
   3. Court: (If federal, name the district; if state, name the county.) ABILENE TX, TAYLOR COUNTY.
   4. Cause number: 1:16-CV-00209.
   5. Name of judge to whom case was assigned: E. SCOTT FROST
   6. Disposition: (Was the case dismissed, appealed, still pending?) DISMISSED
   7. Approximate date of disposition: N/A

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Robertson Unit 12071 F.M. 3522 Abilene, Tx.

III. EXHAUSTION OF GRIEVANCE PROCEDURES: Grievance #2022078463: 3-23-22 Filed. #2022078586: 3-23-22.

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Antonio Freeman #01512080 Robertson Unit 12071 F.M. 3522 Abilene, Tx. 79601 (Location 8-Build L-Pod 44-T)

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Warden Dickerson Robertson Unit 12071 F.M. 3522 Abilene, Tx. 79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation of Fifth Amendment And 14th Amendment Due Process Clause.

Defendant #2: Warden Crosby Robertson Unit 12071 F.M. 3522 Abilene Tx. 79601

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Vilation of Fifth Amendment And 14th Amendment Due Process Clause.

Defendant #3: Mr. Johnson Robertson Unit Head Mail Room officer. Robertson Unit 12071 F.M. 3522 Abilene, Tx. 79601

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Violation of Fifth Amendment And 14th Amendment Due Process Clause.

Defendant #4: Department of Treasury (IRS) Internal Revenue Service Austin, Tx. 73301

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation of Fifth Amendment And 14th Amendment Due Process Clause.

Defendant #5: Beth Maddestra Lincoln Heritage Insurance Company 4343 East Camelback Rd. Suite 400 Phoenix, AZ 85018-2705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation of Fifth Amendment And 14th Amendment Due Process Clause.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

MY MOTHER TAMMY CAROL FREEMAN. 12-5-67 / #Social Security 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. PASSED AWAY 12-12-18. I RECIVIED INSURANT CHECK 12-27-2018. Check No. 02104252 from Lincoln Heritage Insurant Company for 10,000 Dollars whom has no offices In Longview, TX. 75602 Gregg County were Me + My Mother was Born + Raise. Mail Room Let A Chaplain Crow Handle My Mothers Will (POLICY) to Pervent me from Recieving My Mother Real Policy. Whom Falesifiyed Document of Fabricated Marriages I did not Consent To. Futher More Falesifiyed Bank Accounts In My Name I Did Not Consent Too. Been Gettin Away with it Useing Other Inmates FBI # Numbers.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Return My Mothers will (Policy). Go To Trail, Bring Forth The "Rico" Act + Law Against All officers, Wardens, And Inmates. Sue for 500 Million.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

MR. Antonio Freeman

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

01078672 / 01512080 : SID# 06086607 / FBI. 801846TB8.

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date sanctions were imposed: N/A
   4. Have the sanctions been lifted or otherwise satisfied? ____ YES ✓ NO

Rev. 05/15

 C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_ YES  ✓ NO

 D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): N/A

  2. Case number: N/A

  3. Approximate date warning was issued: N/A

Executed on: 6-23-22,
     DATE

ANTONIO FREEMAN #01512080.
Antonio Freeman #01512080.
      (Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 6-23-22, day of June 23, 20 22.
   (Day)     (month)   (year)

ANTONIO FREEMAN #01512080.
Antonio Freeman #01512080.
      (Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

Antonio Freeman #01512080,                                      United States District Court.
         vs.                                                     Northern District of Texas.
TDCJ-Director-CID.                                                    Abilene Division.

To the Honorable Judge of said Court:

: Previous Lawsuits : Page 2.

Now comes Plaintiffs, in the above cause number that will show the courts the following.

Tyler Courts: 6:15-cv-00131-MHS-JDL: 5-27-15, filed
Tyler Courts: 6:19-cv-00495-JDK-KNM: 11-12-19, filed
Tyler Courts: 6:17-cv-00159-RC-JDL: 3-9-17, filed
Tyler Courts: 6:19-cv-00509-JDK-KNM: 4-20-19, filed
Abilene Courts: 1:16-cv-00033-PDL: 2-18-16, filed
Abilene Courts: 1:16-cv-00209-PDL: 11-30-16, filed
Abilene Courts: 1:18-cv-00074-C: 5-22-18, filed
Abilene Courts: 1:18-cv-00168-C: 10-25-18, filed
Abilene Courts: 1:19-cv-00054-C: 6-26-19, filed
Filed also: 1:18-cv-00054-C: 6-19-18, filed
6:18-cv-00146-TH-JDL: filed 6-22-18.
1:17-cv-00111-BL: 7-27-17, filed.

Notes: Do to Fague FBI# numbers.
I was been extoted fileing lawsuites.

Respectfully Yours,
Mr. Antonio Freeman #01512080
Robertson Unit
12071 F.M. 3522
Abilene, Tx. 79601
6-23-22.

District Clerk:
United State District Court
P.O. Box 1218
Abilene, Tx. 79604

6/6

RECEIVED JUL 1 2022 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

    I'm sending to courts a 1983 form, a Step 1 Grievance a I-60s, 3 Policy Letters from Insureance Company, and Motion to Proceed Ingent. To be filed, stamp and original copies sont back for safe keeping.

In previous filing I sont my own stamp envelopes for return filings witch there no Ruels stateing such. In the State of Texas, any courts do no such thing and send filing back with court envelopes + stamps. Please send Ruels that state such acts.

Date of Brith: 8-17-84.
Social Security # 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.
Sio # 06086607. / FBI: # 80184GT58
Gregg County.

Respectfully Yours,
Mr. Antonio Freeman # 01512080
Robertson Unit
12071 F.M. 3522
Abilene, Tx. 79601
6-23-22.









:District Clerk:
United State District Court
P.o. Box 1218
Abilene, TX 79604



Mr. Antonio Freeman #01512080
Robertson Unit
12071 F.M. 3522
Abilene, TX. 79601



RECEIVED
JUL 1 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS


Retail

UNITED STATES POSTAL SERVICE.


F

US POSTAGE PAID
$0.00
Origin: 79601
06/30/22
4800170604-14

FIRST-CLASS PKG SVC - RTL™

0 Lb  4.70 Oz
1020

B010

SHIP TO:

PO BOX 1218
ABILENE TX 79604-1218

USPS TRACKING® #


9500 1116 5740 2181 2652 00

